# United States Court of Appeals
## For the Eighth Circuit

_____

No. 21-3112
_____

Blake Jones

*Plaintiff - Appellant*

v.

John Baldwin, doing business as Two Men and Truck, Bentonville, AR

*Defendant - Appellee*
_____

Appeal from United States District Court
for the Western District of Arkansas - Fayetteville
_____

Submitted: March 14, 2022
Filed: March 17, 2022
[Unpublished]
_____

Before KELLY, STRAS, and KOBES, Circuit Judges.
_____

PER CURIAM.

Blake Jones appeals the district court's[1] adverse grant of summary judgment in his employment action. After careful review of the record and the parties'

_____

[1]The Honorable Timothy L. Brooks, United States District Judge for the Western District of Arkansas.

arguments on appeal, we find no basis for reversal.  See Banks v. John Deere & Co., 829 F.3d 661, 665 (8th Cir. 2016) (reviewing grant of summary judgment de novo). Accordingly, we affirm.  See 8th Cir. R. 47B.

_____